# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Christopher John Rooks**
Debtor

Case No.:   15−20167−JSD
Judge:   John S. Dalis
Chapter:   13

### ORDER ON MOTION FOR RELIEF FROM CO−DEBTOR STAY
(Official Local Form B−55CS / Revised October 2013)

MOVANT: Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc.

SUBJECT PROPERTY: 1141 Old Jesup Road, Brunswick, Georgia 31520

After notice sent and no response having been filed, the motion is ordered:

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 11:09 am, Oct 28, 2015

☑ Granted as to Co−Debtor JOY F. ROOKS ONLY.

☐ **Continued to** _____ at _____ a.m./p.m.

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post−petition payment history to opposing counsel.

☐ Denied.

☐ Denied on the condition that:

  ☐ The debtor shall make timely post−petition payments to Movant as required by the Chapter 13 plan.

  ☐ The debtor shall tender payments to Movant or take other action as follows:

    ☐ Post−petition arrearage is $_____ through the _____ payment due date, plus attorney's fee of $_____ and court costs of $_____ for a total arrearage of $_____.

    ☐ Debtor shall pay to Movant the sum of $_____ on or before _____ which sum shall be applied to the above−referenced total arrearage.

    ☐ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of $_____ per month beginning _____ and continuing on the _____ day of each successive month thereafter, with a final additional payment of $_____ being due on or before _____.

    ☐ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustments if provided in the contract) beginning _____, and maintain current monthly payments

thereunder for the pendency of this case. All payments must include the last four digits of the account number _____ and shall be sent to the following address, depending on the type of payment:

_____

_____

_____

STRICT COMPLIANCE IS ORDERED as follows:

☐ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter−affidavit by the debtor disputing the _fact_ of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ If relief is granted under this Order, Movant and Trustee shall thereafter be relieved from complying with Fed. R. Bank, P. 3002.1 in the instant bankruptcy case prospectively from the date relief is granted.

☐ The strict compliance provision of this Order shall expire on _____ .

☐ Other provisions: _____

_____

_____

_____

_____

_____

*NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.*

Dated: October 27, 2015.

_____
John S. Dalis , United States Bankruptcy Judge

By our signatures below we do hereby consent to the entry of the foregoing order:

| _Attorney for Movant_ | _Attorney for Respondent/Debtor_ | _Trustee_ |

GASB−55CS (Rev. 03/14)