# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:

Christopher John Rooks
1141 Old Jesup Road
Brunswick, GA 31520-1353
SSN: XXX-XX-4582

Debtor(s)

Chapter 13
Case No. 15-20167-MJK

## MOTION TO DISMISS

COMES NOW, M. Elaina Massey, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his proposed Chapter 13 plan in the amount and as of the date shown below:

Amount of Default: $642.00
As of: February 01, 2019
Date of Last Payment: December 13, 2018

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $214.00 MONTHLY.

RESPECTFULLY SUBMITTED this Friday, February 1, 2019

/s / M. Elaina Massey
M. Elaina Massey
Chapter 13 Trustee
Georgia Bar No. 016118

## NOTICE ON MOTION TO DISMISS

Pursuant to direction by the Court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty one (21) days of the date shown below, the case shall be dismissed. *COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.*

The undersigned hereby certifies that copies of this motion and notice have been forwarded by first-class mail, postage prepaid, to the above-named debtor(s) and by notice of electronic filing for the following Filing Users on Friday, 1 February, 2019.

cc: William S Orange Iii
1419 Newcastle St
Brunswick, GA 31520

/s / M. Elaina Massey
M. Elaina Massey
Chapter 13 Trustee

CLY